# EXHIBIT B

**Epic Products, Inc.**
*celebrate the good life*

Login | Search Product Name or SKU# | Search
shoppingCart $0.00 | myAccount | customerAssistance

Collections | Wine | Bar | Cheese | Party | Dining | Fashion | Gift | Imprint | Sale
Press | Blog | Catalog | Downloads

Now In: Chrome Retro Gas Pump Drink Dispenser

- Wine Accessories
- Cheese Accessories
- Bar Accessories
- Gift Accessories
- Party Accessories
- Fashion Accessories
- Holiday Items
- Imprint Services
- Product Display
- Themed Collections
- Manufacturers

*To Order On-Line & Receive Specials* ***Register Now***

**IN THE NEWS**

Liquor Decanters, Epic Toolbox Collection

## Chrome Retro Gas Pump Drink Dispenser

This nostalgic design gas pump drink dispenser features working nozzle to dispense any favorite party fuel. Just make sure to keep the car in the garage! Holds 32 oz. of your favorite beverage.

1 2 3 4
View larger image

SHARE

**SKU:** 60-078
**UPC:** 0 77757 60078 4
**Packaging:** Box
**Dimensions:** 5 1/2" x 18 3/4"
**Stock Status: In Stock**
**Master Quantity:** 2

You must log in to view prices.

Click here to Apply for Wholesale Account

Not a Wholesaler? Click Here

FREE BUSINESS MARKETING AND PROMOTION TOOLS with ***EpicStyle***

**Select...**

Acrylic High Ball Party Glass - (15 oz)

Gas Can Flask - 6 oz.

Nail Cocktail Pics

telephone 800-548-9791 | facsimile 714-641-8217 | Contact Us | © 2012 Epic Products, Inc.





